# Third District Court of Appeal

## State of Florida

Opinion filed June 23, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1108
Lower Tribunal No. F14-554

_____

**Terrence Jefferson,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Jose L. Fernandez, Judge.

Terrence Jefferson, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, SCALES and LOBREE, JJ.

PER CURIAM.

Affirmed.